ROBISON v. FILLMORE COMMERCIAL & SAVINGS
BANK.

No. 4000.   Decided December 20, 1923.   (221 Pac. 1098.)

Appeal from District Court, Fifth District, Millard
County; *Wm. F. Knox,* Judge.

Action by Franklin Leon Robison against the Fillmore
Commercial & Savings Bank.   From a judgment of dismissal,
plaintiff appeals.

AFFIRMED.

See, also, 61 Utah 398, 213 Pac. 790.

*Wm. B. Higgins,* of Fillmore, for appellant.

*T. M. Ivory,* of Fillmore, for respondent.

GIDEON, J.

The district court of Millard county sustained a demurrer
to plaintiff's complaint, and, plaintiff electing to stand upon
his complaint, judgment was entered dismissing the action.
From that judgment this appeal is prosecuted.

The court sustained the demurrer on the ground that the
complaint failed to state facts sufficient to entitle plaintiff
to any relief; in other words, failed to state a cause of action.
The statements contained in the complaint in this action are
in effect the same as the allegations contained in the affirma-
tive answer of Franklin Leon Robison in an action filed in
the district court of Millard county by the Fillmore Commer-
cial & Savings Bank (defendant here) against James Kelly,
as guardian of the estate of Franklin Leon Robison, a minor,
defendant.   The minor, Franklin Leon Robison, obtained
his majority pending that action, and filed his individual
answer therein.   This court, in a recent opinion, held that

the allegations of the answer in that action were not suffi-cient to constitute a defense or entitle the defendant to any relief against the plaintiff therein. The opinion of the court in that case is conclusive against the rights of the plaintiff in the instant case. It would subserve no good purpose to again recite the facts attempted to be alleged in the com-plaint in this action. On the authority of the opinion in the case of *Fillmore Commercial & Savings Bank* v. *Kelly*, 62 Utah 514, 220 Pac. 1064, the judgment of the district court in this case is affirmed.

WEBER, C. J., and THURMAN, FRICK, and CHERRY, JJ., concur.